SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>             Plaintiff,<br><br>     vs.<br><br>Sang T. Huynh, et al,<br><br>             Defendants | Case No. **2:08-cv-01189-JAM-DAD**<br><br>**PLAINTIFF'S REQUEST AND ORDER RE REQUEST TO VACATE MOTION FOR DEFAULT HEARING**<br><br>**Motion Hearing: April 3, 2009** |

     Plaintiff, Scott N. Johnson, hereby requests the Court to vacate the Motion for Default Judgment filed February 7, 2009 which set a hearing date for March 27, 2009 at 10am. On February 11, 2009, the Plaintiff filed another Motion for Default Judgment with a hearing date set for April 3, 2009 at 10am because the date of March 27, 2009 was unavailable.  The correct Motion for Default Judgment date

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST TO VACATE MOTION FOR DEFAULT

HEARING

CIV: S-08-cv-01189-JAM-DAD - 1

should be April 3, 2009 at 10am in courtroom 27 before Magistrate Judge Dale A. Drozd.

Dated: February 12, 2009            /s/Scott N. Johnson _____

                                            Scott N. Johnson,

                                            Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the Motion for Default Judgment filed February 7, 2009 be and is hereby VACATED and that the Motion for Default Judgment filed February 11, 2009 is scheduled for April 3, 2009 at 10am.

DATED: February 12, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/johnson1189.defaultjudg

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST TO VACATE MOTION FOR DEFAULT HEARING

CIV: S-08-cv-01189-JAM-DAD - 2