1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT JOHNSON,

11          Plaintiff,                    No. CIV S-08-1189 JAM DAD

12      vs.

13   SANG T. HUYNH, Individually and
     doing business as Furniture 4 U, et al.,
14
            Defendants.              ORDER
15   _____/

16          The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

17   § 636, et seq., and Local Rule 72-302.

18          On August 27, 2009, the magistrate judge filed findings and recommendations

19   herein which were served on all parties who have appeared in the action and which contained

20   notice to the parties that any objections to the findings and recommendations were to be filed

21   within ten days.  No objections to the findings and recommendations have been filed.

22          The court has reviewed the file and finds the findings and recommendations to be

23   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

24   ORDERED that:

25   /////

26   /////

                                    1

1. The findings and recommendations filed August 27, 2009, are adopted in full;

2. Plaintiff's motion for default judgment (Doc. No. 10) filed February 11, 2009, is granted;

3. Default judgment shall be entered in favor of plaintiff against defendants Sang T. Huynh, Surinder S. Sanghera and Baljinder K. Sanghera;

4. Defendants Sang T. Huynh, Surinder S. Sanghera and Baljinder K. Sanghera are directed to install at the subject property a van-accessible disabled parking space, with an accessible path of travel to an accessible main entrance in compliance with the Americans With Disabilities Act of 1990 (ADA) and the Americans With Disabilities Act Accessibility Guidelines (ADAAG).

5. Defendants Sang T. Huynh, Surinder S. Sanghera and Baljinder K. Sanghera are directed to pay plaintiff damages in the amount of $12,000; and

6. Defendants Sang T. Huynh, Surinder S. Sanghera and Baljinder K. Sanghera are directed to comply with the terms of this order within ninety (90) days.

DATED:    September 28, 2009

/s/ John A. Mendez

UNITED STATES DISTRICT JUDGE

/johnson1189.jo